IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW B. JONES,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2174

Opinion filed September 9, 2016.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Andrew B. Jones, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

 B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.